# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

OTIS PATTISON,

    Plaintiff,

v.                                               Case No. 5:23-cv-225-JA-PRL

CIRCLE K STORES INC.,

    Defendant.

## ORDER

In light of Plaintiff's Notice of Voluntary Dismissal without Prejudice (Doc. 10), the Clerk is directed to close the case.

**DONE** and **ORDERED** in Orlando, Florida, on June 16, 2023.

                                                       JOHN ANTOON II
                                                United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties